IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PROXENSE, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>              Defendant. | Case No. 6:23-cv-00319-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

Before the Court is the Parties' Joint Motion to Amend Schedule.

Having considered the motion, and for good cause shown, the motion is hereby GRANTED and the Court hereby ORDERS that the following schedule will supersede the previous Scheduling Order (Dkt. 63) and govern deadlines up to and including trial of this matter.

| Date | Item |
|---|---|
| 11-20-2024 | Close of Fact Discovery. |
| 12-09-2024 | Opening Expert Reports. |
| 01-09-2025 | Rebuttal Expert Reports. |
| 01-24-2025 | Close of Expert Discovery. |
| 01-24-2025 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per |

| | |
|---|---|
| | side. The parties shall filed a Joint Report within 5 business days regarding the results of the meet and confer. |
| 02-24-2025 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>*See* General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| 03-10-2025 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| 03-17-2025 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 03-21-2025 | Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates. |
| 03-24-2025 | Serve objections to rebuttal disclosures; file Motions *in limine*. |
| 04-07-2025 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions *in limine* |
| 04-09-2025 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com |
| 04-14-2025 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*; Deadline to file replies to motions *in limine*. |
| 04-18-2025 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 04-25-2025 | Final Pretrial Conference. Held in person unless otherwise requested. |

| | |
|---|---|
| 05-05-2025 or a Date to be Set by the Court | Jury Selection/Trial. |

Dated: _____  _____
HON. ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE